Case Number: 13-004544-CI
Electronically Filed 04/30/2013 03:31:22 PM ET
***ELECTRONICALLY FILED 2/5/2013 5:51:07 PM: KEN BURKE, CLERK OF THE CIRCUIT COURT, PINELLAS COUNTY***

# The Law Office of
# W. JOHN GADD

BANK OF AMERICA BUILDING
2727 ULMERTON RD
STE 250
CLEARWATER, FLORIDA 33762
TEL: (727) 524-6300

April 15, 2013

Clerk of the Court
Pinellas County
315 Court Street
Clearwater, FL 33756

    Re: *Monika Thornhill vs. Portfolio Recovery Associates, LLC.*

Dear Clerk:

Enclosed you will find a <u>COMPLAINT AND DEMAND FOR JURY TRIAL</u> in this case, as well as a civil cover sheet. In addition, you will find two summons and a self addressed envelope. We specifically request that a conformed copy of the complaint be returned to our office so that it can be promptly served upon the Defendant. Lastly, you will find the appropriate filing fee.

If you have any questions, please contact my office immediately.

Sincerely,

W. John Gadd
WJG/mlg

Enclosures: Civil Cover Sheet, Complaint & Demand for Jury Trial, 2 Summonses, 1 self addressed envelope

LAKELAND, FL 33803  (863) 644-7400
WWW.EMPLOYMENTINJURYANDAVIATIONLAW.COM
WWW.FLORIDAEMPLOYMENTANDOVERTIMELAWYER.COM
AOPA NO: 04576622

IN THE COUNTY COURT DIVISION OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA

MONIKA THORNHILL

    Plaintiff,

v.

Case Number _____

PORTFOLIO RECOVERY ASSOCIATES, LLC.

    Defendant.

_____/

# Summons

To:   PORTFOLIO RECOVERY ASSOCIATES, LLC
      c/o NRAI SERVICES, INC. as registered agent
      515 E. PARK AVE.
      TALLAHASSEE FL 32301 US

**YOU ARE HEREBY SUMMONED** and required to serve on Plaintiff's Attorney

    W. John Gadd, Esq.
    Bank of America Building
    2727 Ulmerton Rd. Ste. 250
    Clearwater, FL 33762

an answer to the complaint which is served upon you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____        _____
Clerk                                                                     Date

_____
(By) Deputy Clerk

IN THE COUNTY COURT DIVISION OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA

MONIKA THORNHILL

    Plaintiff,

                                   Case Number _____

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC.

    Defendant.
_____/

## Summons

To:   PORTFOLIO RECOVERY ASSOCIATES, LLC
       c/o NRAI SERVICES, INC. as registered agent
       515 E. PARK AVE.
       TALLAHASSEE FL 32301 US

**YOU ARE HEREBY SUMMONED** and required to serve on Plaintiff's Attorney

       W. John Gadd, Esq.
       Bank of America Building
       2727 Ulmerton Rd. Ste. 250
       Clearwater, FL 33762

an answer to the complaint which is served upon you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____               _____
Clerk                                                       Date

_____
(By) Deputy Clerk

FORM 1.997.   CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form shall be filed by the plaintiff or petitioner for the use of the Clerk of Court for the purpose of reporting judicial workload data pursuant to Florida Statutes section 25.075. (See instructions for completion.)

I.   IN THE COUNTY COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, STATE OF FLORIDA
Civil Division

Plaintiff:   MONIKA THORNHILL                                               Case #: _____

                                                                            Judge: _____

vs.

Defendant: PORTFOLIO RECOVERY ASSOCIATES, LLC

II.   TYPE OF CASE   (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x in both the main category and subcategory boxes.

- ☐ Condominium
- ☐ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☐ Negligence—other
  - ☐ Business governance
  - ☐ Business torts
  - ☐ Environmental/Toxic tort
  - ☐ Third party indemnification
  - ☐ Construction defect
  - ☐ Mass tort
  - ☐ Negligent security
  - ☐ Nursing home negligence
  - ☐ Premises liability—commercial
  - ☐ Premises liability—residential
- ☐ Products liability
- ☐ Real property/Mortgage foreclosure
  - ☐ Commercial foreclosure $0 - $50,000
  - ☐ Commercial foreclosure $50,001 - $249,999
  - ☐ Commercial foreclosure $250,000 or more
- ☐ Homestead residential foreclosure $0 - $50,000
- ☐ Homestead residential foreclosure $50,001 - $249,999
- ☐ Homestead residential foreclosure $250,000 or more
- ☐ Nonhomestead residential foreclosure $0 - $50,000
- ☐ Nonhomestead residential foreclosure $50,001 - $249,999
- ☐ Nonhomestead residential foreclosure $250,000 or more
- ☐ Other real property actions $0 - $50,000
- ☐ Other real property actions $50,001 - $249,999
- ☐ Other real property actions $250,000 or more
- ☐ Professional malpractice
  - ☐ Malpractice—business
  - ☐ Malpractice—medical
  - ☐ Malpractice—other professional
- x **Other – Wrongful Act (Chapter 559)**
  - ☐ Antitrust/Trade regulation
  - ☐ Business transactions
  - ☐ Constitutional challenge—statute or ordinance

***ELECTRONICALLY FILED 5/3/2013 5:51:07 PM: KEN BURKE, CLERK OF THE CIRCUIT COURT, PINELLAS COUNTY***

☐ Constitutional challenge—proposed amendment
☐ Corporate trusts
☐ Discrimination—employment or other
☐ Insurance claims
☐ Intellectual property

☐ Libel/Slander
☐ Shareholder derivative action
☐ Securities litigation
☐ Trade secrets
☐ Trust litigation

III.  REMEDIES SOUGHT (check all that apply):
X monetary;
☐ nonmonetary declaratory or injunctive relief;
☐ punitive

IV.  NUMBER OF CAUSES OF ACTION: [ ]
(specify)_____Chapter 559_____

V.  IS THIS CASE A CLASS ACTION LAWSUIT?
☐ yes
X NO

VI.  HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?
X NO
☐ yes If "yes," list all related cases by name, case number, and court.

VII.  IS JURY TRIAL DEMANDED IN COMPLAINT?
X YES
☐ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief.

Signature _____
Attorney or party

W. John Gadd
(type or print name)

Fla. Bar #: 0 4 6 3 0 6 1
(Bar # if attorney)

APRIL 15, 2013
Date