UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MONIKA THORNHILL**

    **Plaintiff,**

                                      **Case Number 8:14-cv-579**

**v.**

**PORTFOLIO RECOVERY ASSOCIATES, INC.**

    **Defendant.**

_____/

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

    The parties all stipulate and agree through their undersigned counsel, that this said cause shall be dismissed with prejudice. It is further agreed that each party shall bear its own attorney's fees and costs.

**Dated this 2nd day of April, 2015.**


| /s/ Jacqueline Simms-Petredis | /s/ W. John Gadd |
|---|---|
| **JACQUELINE SIMMS-PETREDIS, ESQ** | **W. JOHN GADD, ESQ** |
| Florida Bar No.:0906751 | Florida Bar No.: 463031 |
| Jsimms-petredis@burr.com | wjg@mazgadd.com |
| 201 North Franklin St | 2727 Ulmerton Road |
| Suite 3200 | Suite 250 |
| Tampa, FL 33602 | Clearwater, FL 33762 |
| Telephone No.: (813) 221-2626 | Telephone No.: (727) 524-6300 |
| Facsimile No.: (813) 221-7335 | Facsimile No.: (727) 498-2160 |
| Attorney for Defendant | Attorney for Plaintiff |