UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MONIKA THORNHILL,

    Plaintiff,

vs.                                        Case No.: 8:14-cv-00579-T-27MAP

PORTFOLIO RECOVERY ASSOCIATES, INC.,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Joint Stipulation for Dismissal With Prejudice (Dkt. 14). Upon consideration, this case is **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party to bear its own attorneys' fees and costs.

**DONE AND ORDERED** this 2nd day of April, 2015.

                                                            JAMES D. WHITTEMORE
                                                            United States District Judge

Copies to:
Counsel of Record